# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| LINDA T. WONG, | Case No. 8:15-cv-02006 JVS (JCGx) |
| --- | --- |
| Plaintiff, | Hon. James V. Selna<br>Ctrm. 10C |
| vs. | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | Action Filed:  December 3, 2015<br>Trial Date:    None Set |
| Defendant. | |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby enters the Stipulated Protective Order submitted by the parties.

**IT IS SO ORDERED.**

DATED: October 11, 2016

Hon. Jay C. Gandhi
United States Magistrate Judge

06888.0237/8788488.1