**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Linda T. Wong

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA T. WONG,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**NISSAN MOTOR ACCEPTANCE CORPORATION,**<br><br>　　　　Defendant. | **Case No.:** CV15-2006 JVS (JCGx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. JAMES V. SELNA** |

///
///
///
///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff LINDA T. WONG ("Plaintiff") and Defendant NISSAN MOTOR ACCEPTANCE CORPORATION ("Defendant") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Defendant with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Defendant be vacated and that the Court set a deadline on or after February 15, 2017 for filing a Joint Dismissal.

Dated: December 15, 2016                                         Respectfully submitted,

                                                           **KAZEROUNI LAW GROUP, APC**

                                                           By: _____/s/ Matthew M. Loker___
                                                                    MATTHEW M. LOKER, ESQ.
                                                                    ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 14th day of October, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                                ___/s/ Matthew M. Loker___
                                                                      Matthew M. Loker